**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Lebamoff Enterprises, Inc., et al. ) | |
| Plaintiffs ) | Case No: 16-cv-08607 |
| ) | |
| v. ) | |
| ) | Judge: Hon. William T. Hart |
| J.B. Pritzker, et al. ) | |
| Defendants ) | |
| ) | |
| and ) | |
| ) | |
| Wine and Spirits Distributors of Illinois ) | |
| Intervenor-Defendant ) | |

**MOTION TO GRANT STAY WITH CONSENT AND TO CONTINUE STATUS
CONFERENCE**

Comes now, the plaintiffs, by counsel, and hereby consent to the Defendants' and Intervenor Defendant's Motion to Stay. Plaintiffs further move that the court continue the status conference currently set for January 17, 2019, for approximately 30 days. Michael T. Deerkes, counsel for the Defendants, and Michael Layden, counsel for the Intervenor-Defendant, have consented to this motion.

    Respectfully submitted,

    Attorneys for Plaintiffs

    /s/ Robert D. Epstein
    Robert D. Epstein (Indiana Attorney No. 6726-49)
    EPSTEIN COHEN SEIF & PORTER
    50 S. Meridian St., Suite 505
    Indianapolis, IN 46204
    Tel: 317-639-1326
    Fax: 317-638-9891
    Rdepstein@aol.com

/s/ James A Tanford
James A. Tanford (Indiana Attorney No. 16982-53)
EPSTEIN COHEN SEIF & PORTER
50 S. Meridian St., Suite 505
Indianapolis, IN 46204
Tel:  812-332-4966
Fax:  317-638-9891
tanfordlegal@gmail.com


/s/ Mark Elliot Furlane
Mark Elliott Furlane
Berger, Newmark & Fenchel P.C.
1753 North Tripp Avenue
Chicago, IL 60639
312-704-7223
mfurlane@bnf-law.com


**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing all counsel of record:


/s/ Robert D. Epstein
Robert D. Epstein